12610

FANT, STATE BANK EXAMINER, v. DINKINS *ET AL.*
CLAIM OF BOYCE *ET AL.*

(147 S. E., 312)

364

*Messrs. Harby, Nash & Hodges,* for appellants,

*Mr. M. H. Levi,* for respondents,

March 12, 1929.

The opinion of the Court was delivered by MR. JUSTICE BLEASE.

The conclusions reached by the Special Referee, J. Ingram Wilson, Esq., in this cause, which were approved in the decree of the Circuit Judge Hon. J. Henry Johnson, are satisfactory to this Court. Let the report be reported.

It is the judgment of this Court that the decree of the Circuit Judge be, and the same is hereby, affirmed.

MR. CHIEF JUSTICE WATTS and MESSRS. JUSTICES COTHRAN, STABLER and CARTER concur.